**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) Case No. 15 CV 50032 |
| v. | ) |
| | ) Magistrate Judge Iain D. Johnston |
| 3D Concrete, Inc., | ) |
| | ) |
| *Defendant.* | ) |

## REPORT AND RECOMMENDATION

Motion hearing held on June 23, 2015 on Plaintiff's motion for default judgment (Dkt. 15) against Defendant 3D Concrete, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2). The clerk previously entered an order of default against 3D Concrete, Inc. Dkt. 13. 3D Concrete, Inc.'s registered agent was served by first-class and certified mail with a copy of the motion for default judgment. Dkts. 16, 18. 3D Concrete, Inc. did not appear for the June 23, 2015 hearing. Accordingly, it is this Court's Report and Recommendation that judgment be entered against 3D Concrete, Inc. in the amount of $3,134.90. The judgment is comprised of $2,560 in attorneys' fees and $574.90 in costs, under the terms of the parties' Collective Bargaining Agreements, which the Court finds to have been reasonably incurred at a reasonable rate. Any objection to this Report and Recommendation must be filed by July 10, 2015. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Dated: June 23, 2015                     /s/ Iain D. Johnston
                                          United States Magistrate Judge