IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, | ) ) ) | Case No. 15 C 50032 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| 3D Concrete, Inc., | ) ) | Judge Philip G. Reinhard |
| Defendant. | ) | |

## **ORDER**

On 6/23/2015, Magistrate Judge Johnston entered a report and recommendation [19] that judgment be entered against defendant in the amount of $3,134.90 consisting of $2,560 in attorneys' fees and $574.90 in costs due under the terms of the collective bargaining agreements referenced in the complaint. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Judgment is entered in favor of plaintiff and against defendant in the amount of $3,134.90. This case is terminated.

Date: 7/13/2015                                    ENTER:


_____
United States District Court Judge

Electronic Notices. (LC)